# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEER HAMZA KHAN,<br><br>     Petitioner,<br><br>     v.<br><br>LINDA SANDERS, Warden,<br><br>     Respondent. | Case No. CV 07-4465 PSG(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition for Writ of Habeas Corpus (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS ORDERED that the Petition is denied and this action is dismissed with prejudice.

///
///
///
///
///

1

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____December 2, 2010_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE