UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEER HAMZA KHAN,<br><br>             Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>             Respondent. | Case No. CV 07-4465 PSG(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _____December 2, 2010_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE